FILED
September 4, 2019
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> JERRIE LEE SYON (01) | Case No. **7:19-cr-00015-O** |

## INFORMATION

The United States Attorney Charges:

### Count One
Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before January 2017, and continuing until in or around July 2019, in the Wichita Falls Division of the Northern District of Texas, and elsewhere, defendant, **Jerrie Lee Syon**, did knowingly and intentionally possess with intent to distribute a controlled substance in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

        ERIN NEALY COX
        UNITED STATES ATTORNEY

        */s/ Laura G. Montes*
        LAURA G. MONTES
        Assistant United States Attorney
        Massachusetts State Bar No. 687739
        801 Cherry Street, Suite 1700
        Fort Worth, Texas 76102
        Telephone: 817-252-5200
        Facsimile: 817-252-5455

**Information – Page 2**